Alice C. Van Riper di Mombercelli, Respondent, v. Marie Van Riper, Individually, and as Executrix, etc., Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Eliza J. Chalmers and Another, as Administrators, etc., Appellants, v. National Cash Register Company, Respondent. — Judgment affirmed, with costs. No opinion. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of the Judicial Settlement of the Account of Annie G. Park and Others, as Executors, etc., Respondents. Walter R. Park and Others, Appellants; Annie G. Park, Respondent. — Decree affirmed, with costs. No opinion. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ. (Scott and Hotchkiss, JJ., dissented.)

George W. Simpson, as Receiver of the Property of Lockwhit Company, Appellant, v. George L. Kumpf, Respondent. — Judgment affirmed, with costs. No opinion. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Nicholaus Nalewajko, Respondent, v. Tennessee Copper Company, Appellant. — Judgment and order reversed and new trial ordered, with costs to abide event, on the ground that the finding of the jury that the plaintiff was free from contributory negligence was against the weight of evidence. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ. (Scott and Hotchkiss, JJ., dissented.)

Daniel W. Twombly, Appellant, v. The City of New York, Respondent. Determination affirmed, with costs, and judgment absolute ordered against plaintiff on stipulation. No opinion. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Bartholomew A. Cavanagh, Respondent, v. Patrick McGovern and Another, Copartners, etc., Appellants. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss JJ. (Clarke, J., dissented.)

Hannah Sullivan, Respondent, v. Thomas Rosson and Others, Impleaded with Pietro Alvino and Another, Individually, Appellants. — Judgment affirmed, with costs. No opinion. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Joseph Koehne, Respondent, v. Hotel Astor, Inc. Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ. (Clarke and Scott, JJ., dissented.)

Peter A. McKenzie, Appellant, v. Frederick R. Wood, Respondent. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, Laughlin, Scott and Dowling, JJ.

James P. Reid, as Administrator, etc., Appellant, v. Gustave Wuerfel and Another, Respondents. — Appeal dismissed, with ten dollars costs and disbursements, on the ground that the order is not appealable. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.